# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW STEWART,<br><br>　　　　Plaintiff,<br>　　v.<br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendant. | Case No. 2:22-cv-04922-SPG-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: November 28, 2023

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

STIPULATED PROTECTIVE ORDER