# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Stewart,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Los Angeles; Officer Gregorio De La Rosa (#32067); Officer Yolotsi Jaral (#41068) and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-04922 SPG-BFM<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE SEPTEMBER 25, 2024, ORDER TO SHOW CAUSE HEARING RE: SETTLEMENT TO NOVEMBER 13, 2024** |

Pursuant to the Stipulation of the Parties, (ECF No. 62), by and through their respective counsel of record, and good cause appearing therefor, the Court hereby ORDERS the Order to Show Cause hearing currently set for September 25, 2024, at 1:30 p.m., continued to November 13, 2024, at 1:30 p.m.

DATED: September 2, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE