# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Matthew Stewart,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>City of Los Angeles; Officer Gregorio De La Rosa (#32067); Officer Yolotsi Jaral (#41068) and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-04922-SPG-BFM<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS** |

　　Based upon the Parties' Joint Stipulation of Dismissal, (ECF No. 66), the Action *Matthew Stewart v. City of Los Angeles, et al.*, No. 2:22-cv-04922-SPG-BFM, is hereby DISMISSED with prejudice, as to all causes of actions against all Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

　　Each party to bear their own costs and fees.

　　**IT IS SO ORDERED:**

Dated: November 19, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1